UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHALONNA WILLIAMS<br>　　　　Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No.  CIV-23-1124-JD<br>) |
| IQUANTIFIED MANAGEMENT<br>SERVICES, LLC.,<br>　　　　Defendant. | )<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.    INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Shalonna Williams an individual consumer, against Defendant, IQuantified Management Services, LLC., ("IQuantified") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.    JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact

business in Oklahoma City, Oklahoma County, Oklahoma, and the conduct complained of occurred in Oklahoma City, Oklahoma County, Oklahoma.

## III.   PARTIES

3. Plaintiff Shalonna Williams (hereinafter "Ms. Williams") is a natural person residing in Oklahoma City, Oklahoma County, Oklahoma. Ms. Williams is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant IQuantified Management Services, LLC., is a Colorado corporation with its principal place of business located at 2821 S Parker Rd, Aurora, CO 80014.

5. Defendant IQuantified Management Services, LLC., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

## IV.   FACTS OF THE COMPLAINT

6. Defendant IQuantified Management Services, LLC., (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about November 6, 2023, Ms. Williams received an SMS aka Text message form IQuantified Management Services, LLC., attempting to collect a debt owed to Anesthesia Medical Professionals.
*"Shallona,this is a message about a debt Go to www.iqmsllc.com to pay or call IQMS at 866-843-6450. Acct# 009354759. Reply STOP to stop SMS.*

8. On the same day Ms. Williams sent a SMS aka Text message back "I refuse to pay." Pursuing to 15 U.S.C 1692c(c).

9. On or about November 9, 2022, Ms. Williams received an SMS aka Text message from IQuantified Management Services, LLC.,

10. *"Shallona,this is a message about a debt Go to www.iqmsllc.com to pay or call IQMS at 866-843-6450. Acct# 009354759. Reply STOP to stop SMS.* Which was in violation of 15 U.S.C 1692c(c).

11. On or about November 14, 2022, Ms. Williams received an SMS aka Text message from IQuantified Management Services, LLC.,

12. *"Shallona,this is a message about a debt Go to www.iqmsllc.com to pay or call IQMS at 866-843-6450. Acct# 009354759. Reply STOP to stop SMS.* Which was in violation of 15 U.S.C 1692c(c).

13. On or about December 7, 2022, Ms. Williams received an SMS aka Text message from IQuantified Management Services, LLC.,

14. *"Shallona,this is a message about a debt Go to www.iqmsllc.com to pay or call IQMS at 866-843-6450. Acct# 009354759. Reply STOP to stop SMS.* Which was in violation of 15 U.S.C 1692c(c).

15. On or about December 11, 2022, Ms. Williams received an SMS aka Text message from IQuantified Management Services, LLC.,

16. *"Shallona,this is a message about a debt Go to www.iqmsllc.com to pay or call IQMS at 866-843-6450. Acct# 009354759. Reply STOP to stop SMS.* Which was in violation of 15 U.S.C 1692c(c).

17. Plaintiff has suffered actual damages as a result of these illegal collection communications, invasion of privacy, intrusion upon seclusion, disturbing plaintiff peace and by these Defendant in the form of anger, anxiety, decreased ability to focus on task while at work, frustration, amongst other negative emotions.

## V.   FIRST CLAIM FOR RELIEF
(Defendant IQuantified Management Services, LLC.,)

## 15 U.S.C. §1692c(c)

18. Ms. Williams re-alleges and reincorporates all previous paragraphs as if fully set out herein.

19. The Debt Collector violated the FDCPA.

20. The Debt Collector's violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

21. As a result of the above violations of the FDCPA, Defendant are liable to the Ms. Williams actual damages, statutory damages and cost.

### VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Ms. Williams respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and attorney fee's pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

s/ Nkem A. House
Nkem A. House, OBA #21219
House Law Group
425 W. Wilshire Blvd., Ste. E
Oklahoma City, OK 73116
405.633.1709 (telephone)
houselawfirm@gmail.com (email)
ATTORNEY FOR PLAINTIFF